JOHN W. HUBER, United States Attorney (#7226)
MICHAEL J. THORPE, Assistant United States Attorney (#11992)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: Michael.Thorpe@usdoj.gov

FILED
U.S. DISTRICT COURT

2020 MAR -4  A 11: 48

DISTRICT OF UTAH

SEALED

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | **INDICTMENT** |
|---|---|
| Plaintiff, | VIOLATION: |
| vs. | COUNT I: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm. |
| DOBY MYORE, | |
| Defendant. | Case: 2:20-cr-00111<br>Assigned To : Parrish, Jill N.<br>Assign. Date : 3/4/2020<br>Description: |

The Grand Jury Charges:

### COUNT I
### 18 U.S.C. § 922(g)(1)
### [Felon in Possession of a Firearm]

On or about July 10, 2019, in the Central Division of the District of Utah,

DOBY MYORE,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Taurus Model 85 .38 caliber firearm, and that the firearm had traveled in and affected

//

//

commerce; all in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

/S/
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

MICHAEL J. THORPE
Assistant United States Attorney

2